# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**RON RUTLEDGE,**

       **Plaintiff,**

**v.**                                                  **Case No. 20-2012-DDC**

**BOARD OF COUNTY COMMISSIONERS**
**OF JOHNSON COUNTY, KANSAS,**

       **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendant shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 78) filed on March 29, 2022.**

    03/29/2022                                                             SKYLER B. O'HARA
      Date                                                                   CLERK OF THE DISTRICT COURT

                                                                                 by:   s/ Megan Garrett
                                                                                               Deputy Clerk